**No. 09-1022. Bayer Schering Pharma AG, et al., Petitioners v. Barr Laboratories, Inc.**

559 U.S. 1106, 130 S. Ct. 2404, 176 L. Ed. 2d 923, 2010 U.S. LEXIS 3803.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 575 F.3d 1341.